IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KOREY D. RABION**                                                             **PLAINTIFF**
**ADC #115045**

v.

Case No. 5:19-cv-00216 BSM

**DEXTER PAYNE, et al.**                                              **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Jerome T. Kearney [Doc. No. 14] has been received. After careful review of the record, the RD is adopted. The motion to dismiss of defendants Payne, et al. [Doc. No. 10] is granted in part, with respect to Rabion's allegations against them in their official capacities and Rabion's denial of grievance claim. The motion to dismiss of defendants Payne, et al. [Doc. No. 10] is denied without prejudice with respect to Rabion's First Amendment Free Exercise claim against all defendants.

IT IS SO ORDERED this 10th day of September 2019.

_____
UNITED STATES DISTRICT JUDGE