# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KOREY D. RABION**                                                   **PLAINTIFF**
**ADC #115045**

**v.**

Case No. 5:19-cv-00216 BSM

**DEXTER PAYNE, et al.**                                        **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Jerome T. Kearney [Doc. No. 22] has been received. After careful review of the record, the RD is adopted. Defendants' motion for partial summary judgment [Doc. No. 18] is granted. Defendant Dexter Payne is dismissed from Rabion's complaint without prejudice.

IT IS SO ORDERED this 3rd day of January 2020.

                                                                   _/s/ Brian S. Miller_
                                                             UNITED STATES DISTRICT JUDGE