# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KOREY D. RABION,  
ADC #115045                                                                 PLAINTIFF

v.                              5:19CV00216-BSM-JTK

DEXTER PAYNE, et al.                                                        DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.  Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff Rabion, a state inmate incarcerated at the Varner Unit of the Arkansas Division of Correction (ADC), filed this pro se 42 U.S.C. § 1983 action alleging a violation of his First Amendment right to free exercise of his religious beliefs. (Doc. No. 2)

This matter is before the Court on the Motion to Compel filed by remaining Defendant James Gibson, based on Plaintiff's failure to respond to his discovery requests, and to a subsequent letter requesting his response (Doc. No. 27). This Court directed Plaintiff to file a Response to the Motion on February 18, 2020, and notified him that failure

to respond could result in the dismissal without prejudice of this lawsuit, for failure to prosecute (Doc. No. 29). As of this date, Plaintiff has not filed a Response to the Motion, as directed in the Court's February 18, 2020 Order.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In addition, FED.R.CIV.P. 37(b)(2)(A)(v) and 37(d)(3) provide that if a party fails to obey an order to provide or permit discovery, or fails to serve answers to interrogatories, the Court may sanction the party by dismissing the action. In this case, in light of Plaintiff's failure to respond or object to Defendant's discovery requests, or to comply with this Court's February 18, 2020 Order directing a Response to the Motion, the Court finds that Plaintiff's Complaint should be dismissed without prejudice. Accordingly,

IT IS, THEREFORE, RECOMMENDED that Defendant's Motion to Compel (Doc. No. 27) be GRANTED, and Plaintiff's Complaint be DISMISSED without prejudice for failure to prosecute.

IT IS SO ORDERED this 20th day of March, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE