# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**KOREY D. RABION**  **PLAINTIFF**
ADC #115045

v.  CASE NO. 5:19-CV-00216 BSM

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Jerome T. Kearney [Doc. No. 30] has been received. After carefully reviewing the entire record, the RD is adopted as to dismissal and rejected as to compelling discovery responses. Korey Rabion's complaint is therefore dismissed without prejudice for failure to prosecute, and James Gibson's motion to compel [Doc. No. 27] is denied as moot.

IT IS SO ORDERED this 7th day of April 2020.

_____
UNITED STATES DISTRICT JUDGE